UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY L. KENNAMORE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:11-CV-01064 |
| ) | |
| vs. ) | |
| ) | Jury Demanded |
| BOSTON SCIENTIFIC ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF TAMMY KENNAMORE'S MOTION FOR LEAVE TO FILE A LATE RESPONSE TO DEFENDANT BOSTON SCIENTIFIC'S MOTION TO DISMISS AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

On this day came to be heard the Motion for Leave to File a Late Response to Defendant Boston Scientific's motion to Dismiss and Motion for Leave to File a First Amended Complaint ("Motions") filed by Plaintiff, Tammy Kennamore. The Court, ~~after considering the Motions, the evidence attached thereto, any responses and replies and the arguments of counsel,~~ is of the opinion that the Motions have merit and should be granted. It is, therefore,

ORDERED, that Plaintiff's Motion for Leave to File a Late Response to Defendant Boston Scientific's motion to Dismiss is GRANTED.

and,

ORDERED, that Plaintiffs' Motion for Leave to File a First Amended Complaint is GRANTED and Defendant Boston Scientific's Motion to Dismiss is rendered moot.

Signed this  9th   day of   January   , 20 12 .

_____
JUDGE PRESIDING

1